Law Office of Rubin Salter, Jr.
**KRISTIAN H. SALTER**
177 N. Church Avenue, Suite 903
Tucson, AZ 85701-1120
(520)623-5706
FAX: (520)623-1716
State Bar No. 026810 / PCC No. 66213
salterlawoffice@gmail.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Tristen Johnson,<br><br>Defendant. | Case No.: 26-cr-01985-TUC-001-JCH (LCK)<br><br>Third Motion to Continue Trial and Plea Deadline<br><br>Defendant OUT of Custody<br>English speaking – No Interpreter Needed |

It is expected excludable delay under 18 U.S.C. § 3161(h)(1)(F) will occur as a result of this motion or order based thereon.

Defendant, Tristen Johnson, by and though Counsel undersigned, hereby requests this Honorable Court to continue the trial currently set for December 15, 2026, at 9:30am, and plea deadline of November 27, 2026, for the following reason:

Additional time is necessary to investigate the facts and circumstances underlying the alleged misconduct in order to prepare for trial with an exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and allow continuing negotiations with the goal of reaching a mutually agreeable non-trial disposition.

The Defendant respectfully requests a continuance of at least thirty (30) days.

Assistant United States Attorney Gordon Davenport has been contacted and has no objection to this motion.

Attorney for Co-defendant, Joel Chorny, Esq., has been contacted and has no objection to this motion.

RESPECTFULLY SUBMITTED on this 23rd day of November, 2026.

LAW OFFICE OF RUBIN SALTER, JR.

/s/ *Kristian H. Salter*___________________
Kristian H. Salter

**Certificate of Service:**
I hereby certify that on November 23, 2026, I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

All CM/ECF recipients